October 30, 2009

Ms. Julie Bruster Tebbets
Ayers & Ayers
4205 Gateway Drive, Suite 100
Colleyville, TX 76034
Mr. Thomas B. 'Tom' Cowart
Wasoff & Cowart, PLLC
1440 One Lincoln Centre
5400 LBJ Freeway
Dallas, TX 75240

RE: Case Number: 08-0829
 Court of Appeals Number: 06-07-00142-CV
 Trial Court Number: CV01389

Style: INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
 v.
 EDWARD LEJEUNE

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Janice |
| |Gentry |
| |Ms. Debbie |
| |Autrey |